In the Matter of Proving the Last Will and Testament of SUSAN ANITA SPENCER, Deceased, as a Will of Real and Personal Property. NELLIE R. WAUGH and Others, Contestants, Appellants; ELIZABETH MAY, Proponent, GEORGE THOMAS RICHARDSON and Others, Legatees, and RALPH J. BARRA, as Special Guardian

for CHARLES RICHARDSON, Infant, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.